# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Scott Estep,<br><br>    Plaintiff,<br><br>v.<br><br>Ocwen Loan Servicing, LLC and<br>Nationwide Credit, Inc.,<br><br>    Defendants. | Civil Action File No.:<br>1:18-cv-00854-MLB-CMS |

## NOTICE OF SETTLEMENT

Plaintiff, Scott Estep, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendants, Ocwen Loan Servicing, LLC and Nationwide Credit, Inc. Plaintiff and Defendants anticipate needing approximately 45 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Defendants. Accordingly, Plaintiff respectfully submits that this obviates the need for Defendants to participate in the Rule 26(f) conference or make any other Court required filings prior to dismissal.[1]

Respectfully submitted this 28th day of June, 2018,

---

[1] If, however, the settlement is not concluded within the next 45 days, Plaintiff will timely notify the Court.

1

**BERRY & ASSOCIATES**

*/s/ Paul Sieg*
Paul Sieg
Georgia Bar No.: 334182
psieg@mattberry.com
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph.    404-235-3305
Fax    678-335-5692

*Plaintiff's Attorney*

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2018, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

                                       **BERRY & ASSOCIATES**

                                       */s/ Paul Sieg*
                                       Paul Sieg
                                       Georgia Bar No.: 334182
                                       psieg@mattberry.com

                                       *Plaintiff's Attorney*